COSCA LAW CORPORATION
CHRIS COSCA      CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
DE MING ZHENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:22-CR-00231-DAD |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO MODIFY PRETRIAL** |
| vs. ) | **RELEASE CONDITIONS** |
| ) | |
| DE MING ZHENG, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

## STIPULATION

The parties hereto, through their undersigned counsel, hereby stipulate that defendant DE MING ZHENG's Special Condition of Release No. 5 (ECF 108) be modified to read as follows: "On May 15, 2026, you may travel to Rutgers University in New Brunswick, New Jersey, to attend your daughters' graduation. You shall return to the state of New York on May 15, 2026."

///

///

///

///

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. DE MING ZHENG

Respectfully submitted,

Dated:  April 27, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
DE MING ZHENG

Dated: April 27, 2026

/s/ Roger Yang
ROGER YANG
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: April 28, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. DE MING ZHENG