COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
DE MING ZHENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DE MING ZHENG,<br>Defendant. | 2:22-CR-00231-DAD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR TRAVEL, LODGING, AND SUBSISTENCE FUNDS PURSUANT TO 18 U.S.C. §4285 AND THE CRIMINAL JUSTICE ACT 18 U.S.C. §3006A** |

**STIPULATION**

This matter is set for a change of plea hearing on January 11, 2027. Defendant De Ming Zheng resides in Flushing, New York. He is indigent and requests funds to allow him to travel to the change of plea hearing.

Pursuant to 18 U.S.C. §4285. Mr. Zheng requests the United States Marshal provide him with subsistence expenses during his travel period not to exceed the amount authorized as per diem allowance per person for travel under 5 U.S.C. §5702(a).

Accordingly, Mr. Zheng requests funding for his travel and subsistence as follows:

1. From the United States Marshal for the cost of travel from Flushing, New York to Sacramento, California, so that he can attend court in Sacramento on January 11, 2027, and subsistence during that travel, pursuant to 18 U.S.C. §4285.

2. From funds authorized under the Criminal Justice Act, 18 U.S.C. §3006A, for the change of plea hearing, and for the cost of his return travel home and subsistence during that travel.
3. From undersigned counsel, advancing the subsistence expenses specified in (2) above with reimbursement to counsel from Criminal Justice Act (CJA) funds ordered by the Court.

Respectfully submitted,

Dated: November 3, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
DE MING ZHENG

Dated: November 3, 2026

/s/ Roger Yang
ROGER YANG
Assistant US Attorney
Attorney for Plaintiff

## ~~[PROPOSED]~~ ORDER

Pursuant to 18 U.S.C. §4285, the Court orders the United States Marshal to furnish De Ming Zheng with the cost of air travel from Flushing, New York to Sacramento, California so he may attend court in Sacramento on January 11, 2027 at 9:30 a.m. Additionally, the United States Marshal shall provide Mr. Zheng with subsistence expenses for this period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

Pursuant to 18 U.S.C. §3006A, the Court orders disbursement of Criminal Justice Act (CJA) funds to furnish Mr. Zheng with the cost of food and incidental expenses while he is in Sacramento, California on January 11, 2027, in connection with his court appearance that day. It is further ordered that CJA funds shall be disbursed for air travel and subsistence to enable Mr. Zheng's return to his home in Flushing, New York when that court proceeding is completed. It is further ordered that the travel and subsistence expenses shall not exceed the per diem travel allowance under 5 U.S.C.§ 5702(a).

It is further ordered that appointed counsel may advance the travel and subsistence funds to be disbursed from CJA funds. Counsel shall seek reimbursement from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the expenses to the per diem travel allowance under 5 U.S.C.§ 5702(a). However, counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for all expenses authorized.

Dated: November 3, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE