COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
DE MING ZHENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DE MING ZHENG,<br><br>Defendant. | 2:22-CR-00231-DAD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |

## STIPULATION

This matter is set for a change of plea hearing on January 11, 2027. Mr. Zheng resides in Flushing, New York. At the outset of this case, Mr. Zheng surrendered his passport to Pretrial Services. He does not have a Real ID.

To facilitate air travel so he can attend the change of plea hearing, the parties hereto, through their undersigned counsel, hereby stipulate that Pretrial Services shall return DE MING ZHENG's passport to licensed investigator Frank Huntington January 4-6, 2027. DE MING ZHENG shall return the passport to pretrial Services in New York no later than January 13, 2027. Pretrial Services and the government do not object to this request.

///

Respectfully submitted,

Dated: November 3, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
DE MING ZHENG

Dated: November 3, 2026

/s/ Roger Yang
ROGER YANG
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: November 3, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE